```
                     UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
                      (Honorable M. JAMES LORENZ)

UNITED STATES OF AMERICA,       ) CRIMINAL CASE No.07CR0389-L
                                )
                                )          ORDER
                                )    TO EXONERATE THE
                                )    APPEARANCE BOND FOR THE
         Plaintiff,             )    MATERIAL WITNESS AND
                                )    DISBURSE THE BOND FUNDS
                                )
         v.                     )
                                )
ROSALINO GARCIA-BALLINAS, et. al.,)
                                )
         Defendants.            )
_____)
```

GOOD CAUSE APPEARING, IT IS ORDERED that the personal surety bond for $5,000.00 which secured the presence of material witness PATRICIA GUADALUPE ROMERO-DIAZ be exonerated and that $500.00 on deposit with the Registry of the Court for this material witness be disbursed to the surety as follows:

>       FERNANDO GONZALEZ
>       1120 North "G" Street
>       Lompoc, CA 93436
>       SSN: xxx-xx-0005

DATED: March 29, 2007

_____
M. James Lorenz
United States District Court Judge